IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND,<br>               Plaintiff,<br><br>    v.<br><br>CURTIS HEDLUND CORPORATION d/b/a BOSS AIR MECHANICAL, *et al.*,<br>               Defendants. | No: 1:23-cv-00893–MSN-IDD |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis on November 9, 2023 (Dkt. No. 13) ("Recommendation").[1] Having reviewed the record and Judge Davis' Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

    **ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

    **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 8) is **GRANTED**; it is further

    **ORDERED** that judgment by default in the total sum of **$41,813.31** is entered against Defendant in Plaintiff's favor; and it is further

    **ORDERED** that, in addition to damages, Defendant shall pay to the Plaintiff's attorney fees and costs calculated at **$5,569.50**.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Davis' Recommendation was November 24, 2023. Because no such objections have been filed, the Court embraces Judge Davis' analysis without reservation.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**SO ORDERED**

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
December 27, 2023